No. 74–1198.  MACKETHAN, RECEIVER v. VIRGINIA. C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.  Reported below: 508 F. 2d 838.

No. 74–6302.  FUGATE v. HATHAWAY, SECRETARY OF THE INTERIOR, ET AL.  C. A. 9th Cir.  Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.  Reported below: 510 F. 2d 307.

No. 74–6303.  WERTIS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.  Reported below: 505 F. 2d 683.

No. 74–6311.  VARGAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.  Reported below: 510 F. 2d 1406.

No. 74–6322.  BARKSDALE v. HENDERSON, WARDEN. C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.  Reported below: 510 F. 2d 382.

No. 74–6331.  DAVILA-LEAL v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–6368.  NAVARRO ET AL. v. GOVERNMENT OF THE VIRGIN ISLANDS.  C. A. 3d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.  Reported below: 513 F. 2d 11.

No. 74–6371.  COLON v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition. Reported below: 513 F. 2d 634.